IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PERRY WALLACE | : | MISC. DOCKET |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, et al. | : | NO. 02-MC-162 |

## **O R D E R**

AND NOW, this 19th day of June, 2002, it appearing that this petition for a writ of habeas corpus was mistakenly forwarded from state court, the clerk of court is directed to transfer the action back to the Court of Common Pleas of Philadelphia, Pa.

_____
Edmund V. Ludwig, J.